No. 73–5768. FRANCISCO v. GATHRIGHT, CORREC-TIONAL SUPERINTENDENT. C. A. 4th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–697. GETTELMAN v. COMMISSIONER OF IN-TERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 73–731. SNIDER ET AL. v. ALL STATE ADMINISTRA-TORS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–755. CREIGHTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–775. NEDD v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 73–782. HIBBS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–930. MARITIME COMMUNICATIONS SERVICE v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 73–948. GILL TRAILER & EQUIPMENT RENTALS, INC. v. S. D'ANTONI, INC., ET AL. Sup. Ct. La. Certiorari denied.

No. 73–1030. HOME INDEMNITY CO. v. RUPPEL, DBA Yo-Ro DIESEL SERVICE, INC., ET AL.; and

No. 73–1036. RUPPEL, DBA Yo-Ro DIESEL SERVICE, INC. v. TRAVELERS INDEMNITY CO. C. A. 5th Cir. Certiorari denied. Reported below: 484 F. 2d 296.

No. 73–1081. LONG ISLAND COLLEGE HOSPITAL v. NEW YORK STATE LABOR RELATIONS BOARD ET AL. Ct. App. N. Y. Certiorari denied.